# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **CARRIE BAUER,** | § | |
| **STEPHANEY MAYFIELD,** | § | |
| **and ELIZABETH SUE** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | Civil Action No. 3:21-cv-2250-BH |
| **v.** | § | |
| | § | |
| **RUFE SNOW INVESTMENT, LLC.,** | § | **JURY DEMANDED** |
| **d/b/a IN-N-OUT GYROS and STOP-N-GO** | § | |
| **GYROS, and** | § | |
| **ZIAD MASSARWA, Individually** | § | |
| | § | |
| **Defendants** | § | |

## ORDER

Before the Court is Plaintiffs' Motion for Partial Summary Judgment. After considering such Motion, Defendants' Response thereto, and the Pleadings filed in this matter, it is the opinion of the Court that such Motion should be in all things GRANTED.

It is therefore ORDERED that Plaintiff's Motion for Partial Summary Judgment is in all things GRANTED and that, as a matter of law:

1. Plaintiff Elizabeth Sue is not exempt from the overtime requirements of the Fair Labor Standards Act as an executive employee; and

2. Plaintiffs were entitled to retain all tips paid to them by customers.

**SO ORDERED**, on this _____ day of _____, 2022.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE